**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Wanda Henry a/k/a Wanda Lewis<br>                <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 22-11141 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                            Respectfully submitted,

                                         /s/ *Rebecca Solarz*
                                         Rebecca Solarz
                                         12 May 2022, 16:01:24, EDT

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322