# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :        CHAPTER 13
WANDA HENRY

    DEBTOR                :        BKY. NO. 22-11141ELF13

## O R D E R

AND NOW, this 31st day of May, 2022 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is **ORDERED** that the Motion is Granted. Debtor has until **5/31/2022** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**