**Return to Paycheck List**

| Employee Name | Work Location | Advice No. |
|---|---|---|
| WANDA L LEWIS | 0733 PAPHA PKG 1902 1 | 0733139562 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 3799905 | XXX-XX-5859 | S | S 00 | | 03/11/2022 |

### Earnings Statement

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 02/27/2022 | 03/05/2022 | 429.40 | 101.31 | 139.80 | 188.29 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 19.00 | | | | TAXES | | |
| REGULAR | 19.000 | | 14.60 | 277.40 | FICA | 26.62 | 149.58 |
| ADJUSTME | 19.000 | | 4.00 | 76.00 | FICA MEDICARE | 6.22 | 34.98 |
| ADJUSTME | 19.000 | | 4.00 | 76.00 | FEDERAL TAX | 37.54 | 174.82 |
| TOTAL HOURS WORKED | | | 14.60 | | ST TAX- PA | 13.18 | 74.07 |
| CURRENT TOTALS | | | | 429.40 | SUT EMPL DEDCT | 0.26 | 1.44 |
| Y-T-D TOTALS | | | 126.98 | 2,412.62 | TINICUM TW | 1.00 | 9.00 |
| | | | | | PHILA RES | 16.49 | 92.63 |
| | | | | | TOTALS | 101.31 | |
| | | | | | DEDUCTIONS | | |
| | | | | | UNIONDUE | 12.00 | 108.00 |
| | | | | | AFTAX FLEX | 3.19 | 31.90 |
| | | | | | MET-INS | 124.61 | 894.49 |
| | | | | | TOTALS | 139.80 | |

VAC 60.00 H  OPD 6.00 D    OTH 0.00 D

**Employee Address**
5958 UPLAND WAY
PHILADELPHIA, PA, 19131

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

Return to Paycheck List

| Employee Name | Work Location | Advice No. |
|---|---|---|
| WANDA L LEWIS | 0733 PAPHA PKG 1902 1 | 0733156602 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 3799905 | XXX-XX-5859 | S | S 00 | | 03/18/2022 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 03/06/2022 | 03/12/2022 | 366.51 | 84.58 | 139.80 | 142.13 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 19.00 | | | | TAXES | | |
| REGULAR | 19.000 | | 19.29 | 366.51 | FICA | 22.73 | 172.31 |
| TOTAL HOURS WORKED | | | 19.29 | | FICA MEDICARE | 5.32 | 40.30 |
| CURRENT TOTALS | | | | 366.51 | FEDERAL TAX | 29.99 | 204.81 |
| Y-T-D TOTALS | | | 146.27 | 2,779.13 | ST TAX- PA | 11.25 | 85.32 |
| | | | | | SUT EMPL DEDCT | 0.22 | 1.66 |
| | | | | | TINICUM TW | 1.00 | 10.00 |
| | | | | | PHILA RES | 14.07 | 106.70 |
| | | | | | TOTALS | 84.58 | |
| | | | | | DEDUCTIONS | | |
| | | | | | UNIONDUE | 12.00 | 120.00 |
| | | | | | AFTAX FLEX | 3.19 | 35.09 |
| | | | | | MET-INS | 124.61 | 1,019.10 |
| | | | | | TOTALS | 139.80 | |

VAC 60.00 H  OPD 6.00 D       OTH 0.00 D

Employee Address
5959 UPLAND WAY
PHILADELPHIA,PA,19131

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

Return to Paycheck List

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - WANDA L LEWIS | 0733 PAPHA PKG 1902 1 | 0733174508 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 3799905 | XXX-XX-5859 | S | 5 00 | | 03/25/2022 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 03/13/2022 | 03/19/2022 | 356.44 | 81.89 | 139.80 | 134.75 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | 19.00 | | | | TAXES | | |
| - REGULAR | 19.000 | | 14.76 | 280.44 | FICA | 22.10 | 217.97 |
| - OPT'N DA | 19.000 | | 4.00 | 76.00 | FICA MEDICARE | 5.17 | 50.98 |
| - TOTAL HOURS WORKED | | | 14.76 | | FEDERAL TAX | 28.78 | 265.20 |
| - CURRENT TOTALS | | | | 356.44 | ST TAX- PA | 10.94 | 107.93 |
| - Y-T-D TOTALS | | 165.03 | | 3,515.57 | SUT EMPL DEDCT | 0.21 | 2.10 |
| - | | | | | TINICUM TW | 1.00 | 12.00 |
| - | | | | | PHILA RES | 13.69 | 134.98 |
| - | | | | | TOTALS | 81.89 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | UNIONDUE | 12.00 | 132.00 |
| - | | | | | AFTAX FLEX | 3.19 | 41.47 |
| - | | | | | MET-INS | 124.61 | 1,268.32 |
| - | | | | | TOTALS | 139.80 | |

- VAC 60.00 H OPD 6.00 D   OTH 0.00 D

Employee Address
6950 UPLAND WAY
PHILADELPHIA, PA, 19131

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

1/1

Return to Paycheck List

| Employee Name | Work Location | Advice No. |
|---|---|---|
| WANDA L LEWIS | 0733 PAPHA PKG 1902 1 | 0733225803 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 3799905 | XXX-XX-5859 | S | S 00 | | 04/15/2022 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 04/03/2022 | 04/09/2022 | 278.35 | 61.18 | 123.85 | 93.32 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 19.00 | | | | TAXES | | |
| REGULAR | 19.000 | | 14.65 | 278.35 | FICA | 17.26 | 257.31 |
| TOTAL HOURS WORKED | | | 14.65 | | FICA MEDICARE | 4.04 | 60.18 |
| CURRENT TOTALS | | | | 278.35 | FEDERAL TAX | 19.47 | 313.43 |
| Y-T-D TOTALS | | | 218.43 | 4,150.17 | ST TAX- PA | 8.55 | 127.42 |
| | | | | | SUT EMPL DEDCT | 0.17 | 2.48 |
| | | | | | TINICUM TW | 1.00 | 14.00 |
| | | | | | PHILA RES | 10.69 | 159.35 |
| | | | | | TOTALS | 61.18 | |
| | | | | | DEDUCTIONS | | |
| | | | | | UNIONDUE | 24.00 | 168.00 |
| | | | | | AFTAX FLEX | 6.38 | 47.85 |
| | | | | | MET-INS | 93.47 | 1,486.40 |
| | | | | | TOTALS | 123.85 | |

VAC 40.00 H   OPD 4.00 D   OTH 0.00 D

Employee Address: 5859 UPLAND WAY
PHILADELPHIA, PA, 19131

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

1/1

Return to Paycheck List

| Employee Name | Work Location | Advice No. |
|---|---|---|
| WANDA L LEWIS | 0733 PAPHA PKG 1902 1 | 0733242357 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 3799905 | XXX-XX-5859 | S | S 00 | | 04/22/2022 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 04/10/2022 | 04/16/2022 | 367.27 | 84.77 | 108.66 | 173.84 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 19.00 | | | | TAXES | | |
| REGULAR | 19.000 | | 15.33 | 291.27 | FICA | 22.77 | 280.08 |
| OPT'N DA | 19.000 | | 4.00 | 76.00 | FICA MEDICARE | 5.32 | 65.50 |
| TOTAL HOURS WORKED | | | 15.33 | | FEDERAL TAX | 30.08 | 343.51 |
| CURRENT TOTALS | | | | 367.27 | ST TAX- PA | 11.28 | 138.70 |
| Y-T-D TOTALS | | | 237.76 | 4,517.44 | SUT EMPL DEDCT | 0.22 | 2.70 |
| | | | | | TINICUM TW | 1.00 | 15.00 |
| | | | | | PHILA RES | 14.10 | 173.45 |
| | | | | | TOTALS | 84.77 | |
| | | | | | DEDUCTIONS | | |
| | | | | | UNIONDUE | 12.00 | 180.00 |
| | | | | | AFTAX FLEX | 3.19 | 51.04 |
| | | | | | MET-INS | 93.47 | 1,579.87 |
| | | | | | TOTALS | 108.66 | |
| VAC 40.00 H OPD 4.00 D | | | | | OTH 0.00 D | | |

Employee Address
5959 UPLAND WAY
PHILADELPHIA, PA, 19131

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

 Return to Paycheck List

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - WANDA L LEWIS | 0733 PAPHA PKG 1902 1 | 0733259885 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 3799905 | XXX-XX-5859 | S | S 00 | | 04/29/2022 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 04/17/2022 | 04/23/2022 | 186.01 | 38.43 | 15.19 | 132.39 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - | CURRENT PAY RATE | | 19.00 | | TAXES | | |
| - REGULAR | 19.000 | | 9.79 | 186.01 | FICA | 11.53 | 291.61 |
| - TOTAL HOURS WORKED | | | 9.79 | | FICA MEDICARE | 2.70 | 68.20 |
| - CURRENT TOTALS | | | | 186.01 | FEDERAL TAX | 10.24 | 353.75 |
| - Y-T-D TOTALS | | | 247.55 | 4,703.45 | ST TAX- PA | 5.71 | 144.41 |
| - | | | | | SUT EMPL DEDCT | 0.11 | 2.81 |
| - | | | | | TINICUM TW | 1.00 | 16.00 |
| - | | | | | PHILA RES | 7.14 | 180.59 |
| - | | | | | TOTALS | 38.43 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | UNIONDUE | 12.00 | 192.00 |
| - | | | | | AFTAX FLEX | 3.19 | 54.23 |
| - | | | | | TOTALS | 15.19 | |
| - VAC 40.00 H OPD 3.00 D | | | | | OTH 0.00 D | | |

Employee Address
5959 UPLAND WAY
PHILADELPHIA, PA, 19131

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

1/1


Return to Paycheck List

| Employee Name | | | | Work Location | | | Advice No. |
|---|---|---|---|---|---|---|---|
| - WANDA L LEWIS | | | | 0733 PAPHA PKG 1902 1 | | | 0733276843 |
| Employee ID | | Tax ID | | Fed Status | St Wrk | St Res Status | Advice Date |
| - 3799905 | | XXX-XX-5859 | | S | S 00 | | 05/06/2022 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 04/24/2022 | 04/30/2022 | 360.24 | 82.91 | 39.16 | 238.17 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Mles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | 19.00 | | | | TAXES | | |
| - REGULAR | 19.000 | | 10.96 | 208.24 | FICA | 22.34 | 313.95 |
| - OPT'N DA | 19.000 | | 8.00 | 152.00 | FICA MEDICARE | 5.22 | 73.42 |
| - TOTAL HOURS WORKED | | | 10.96 | | FEDERAL TAX | 29.24 | 382.99 |
| - CURRENT TOTALS | | | | 360.24 | ST TAX- PA | 11.06 | 155.47 |
| - Y-T-D TOTALS | | | 266.51 | 5,063.69 | SUT EMPL DEDCT | 0.22 | 3.03 |
| - | | | | | TINICUM TW | 1.00 | 17.00 |
| - | | | | | PHILA RES | 13.83 | 194.42 |
| - | | | | | TOTALS | 82.91 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | AFTAX FLEX | 3.19 | 57.42 |
| - | | | | | MET-INS | 35.97 | 1,615.84 |
| - | | | | | TOTALS | 39.16 | |
| - VAC 40.00 H | OPD 3.00 D | | | | OTH 0.00 D | | |

Employee Address
6869 UPLAND WAY
PHILADELPHIA, PA, 19131

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

Return to Paycheck List

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - WANDA L LEWIS | 0733 PAPHA PKG 1902 1 | 0733281448 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 3799905 | XXX-XX-5859 | S | S 00 | | 05/06/2022 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 04/24/2022 | 04/30/2022 | 76.00 | 27.84 | 0.00 | 48.16 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | | N/A | | | TAXES | | |
| - OPT PAYO | 19.000 | | 4.00 | 76.00 | FICA | 4.71 | 318.66 |
| - TOTAL HOURS WORKED | | | 0.00 | | FICA MEDICARE | 1.11 | 74.53 |
| - CURRENT TOTALS | | | | 76.00 | FEDERAL TAX | 16.72 | 399.71 |
| - Y-T-D TOTALS | | | 270.51 | 5,139.69 | ST TAX- PA | 2.33 | 157.80 |
| - | | | | | SUT EMPL DEDCT | 0.05 | 3.08 |
| - | | | | | PHILA RES | 2.92 | 197.34 |
| - | | | | | TOTALS | 27.84 | |

Employee Address
5959 UPLAND WAY
PHILADELPHIA, PA, 19131

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

1/1