

Cavalry Portfolio Services, LLC
P.O Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

July 11, 2022

Clerk, US Bankruptcy Court
Eastern District of Pennsylvania

**<u>WITHDRAWAL OF CLAIM</u>**

Re: Wanda Henry

Case #: 22-11141

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim # 1-1, claim amount $ 793.21 filed 5/04/2022.

If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Kevin Maher
Bankruptcy Specialist
Cavalry Portfolio Services, LLC


Kenneth E. West, Chapter 13 Trustee


Michael E. Cibik, Attorney for Debtor