# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 22-11141-ELF

WANDA HENRY

5959 UPLAND WAY

PHILADELPHIA, PA 19131

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WANDA HENRY

5959 UPLAND WAY

PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

    Michael I. Assad
    Cibik Law, P.C.
    1500 Walnut St, Ste 900
    Philadelphia, PA 19102-

Date: 7/13/2022

                                        /S/ Kenneth E. West
                                        _____
                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee