Return to Paycheck List

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - WANDA L LEWIS | 0733 PAPHA PKG 1902 1 | 0733191697 |

| Employee ID | Tax ID | Fed Status | St Wrc | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 3799905 | XXX-XX-5859 | S | S 00 | | 03/31/2022 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 03/20/2022 | 03/26/2022 | 356.25 | 81.83 | 136.61 | 137.81 |

| Earnings ||||| Taxes - Deductions - Misc ||
|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | 19.00 | | | | TAXES | | |
| - REGULAR | 19.000 | | 14.75 | 280.25 | FICA | 22.08 | 240.05 |
| - OPT'N DA | 19.000 | | 4.00 | 76.00 | FICA MEDICARE | 5.16 | 56.14 |
| - TOTAL HOURS WORKED | | | 14.75 | | FEDERAL TAX | 28.76 | 293.96 |
| - CURRENT TOTALS | | | | 356.25 | ST TAX- PA | 10.94 | 118.87 |
| - Y-T-D TOTALS | | | 203.78 | 3,871.82 | SUT EMPL DEDCT | 0.21 | 2.31 |
| - | | | | | TINICUM TW | 1.00 | 13.00 |
| - | | | | | PHILA RES | 13.68 | 148.66 |
| - | | | | | TOTALS | 81.83 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | UNIONDUE | 12.00 | 144.00 |
| - | | | | | MET-INS | 124.61 | 1,392.93 |
| - | | | | | TOTALS | 136.61 | |

- VAC 40.00  H OPD 5.00 D     OTH 0.00 D

Employee Address
5959 UPLAND WAY
PHILADELPHIA, PA 19131

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328