United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11141-elf |
| Wanda Henry | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 12, 2022 | Form ID: 155 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wanda Henry, 5959 Upland Way, Philadelphia, PA 19131-2233 |
| 14705022 | + | Amira L. Vicari Hills, Westervelt, Johnson, Nicoll & Keller, LL, 411 Hamilton Blvd., Suite 1400, Peoria, IL 61602-1114 |
| 14689551 | + | Ascension Capital Group, PO Box 200277, Arlington TX 76006-0277 |
| 14689563 | | First Union National Bank, Trustee for PA Housing Finance Agency, c/o PHFA (Bankruptcy Dept), PO Box 15057, Harrisburg PA 17105-5057 |
| 14689564 | + | Goldbeck, McCafferty and McKeever, Mellon Center-Suite 500, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14689569 | + | Leon Haller, Esquire, 1719 N. Front Street, Harrisburg, PA 17102-2305 |
| 14689570 | + | Mabt Totvisa, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14689573 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14705023 | + | State Farm Federal Credit Union, c/o Westervelt, Johnson, Nicoll & Keller, 411 Hamilton Blvd., Suite 1400, Peoria, IL 61602-1187 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14689552 | + | Email/Text: bankruptcy@sccompanies.com | Oct 13 2022 01:02:00 | Ashro, 1112 7Th Ave, Monroe, WI 53566-1364 |
| 14689553 | | Email/Text: RA-BCSEBKN@state.pa.us | Oct 13 2022 01:02:00 | Bureau Of Child Support Enforcement, P. O. box 8018, Harrisburg, PA 17105-8018 |
| 14689556 | | Email/Text: megan.harper@phila.gov | Oct 13 2022 01:02:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14689601 | | Email/Text: megan.harper@phila.gov | Oct 13 2022 01:02:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14689557 | | Email/Text: megan.harper@phila.gov | Oct 13 2022 01:02:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 14689554 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2022 01:12:38 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14688599 | + | Email/Text: bankruptcy@cavps.com | Oct 13 2022 01:02:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14689555 | | Email/Text: ecf@ccpclaw.com | Oct 13 2022 01:02:00 | Cibik and Cataldo, P.C., 225 S. 15th Street, Suite 1635, Philadelphia, PA 19102, ccpc@ccpclaw.com |
| 14689558 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2022 01:12:38 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14689561 | ^ | MEBN | Oct 13 2022 00:58:42 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14689562 | + | Email/Text: bncnotifications@pheaa.org | Oct 13 2022 01:02:00 | Fed Loan Serv, Pob 60610, Harrisburg, PA |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14689566 | | Email/Text: Bankruptcy@ICSystem.com | Oct 13 2022 01:02:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127 |
| 14689565 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2022 01:02:00 | I.R.S., Special Procedures Branch, Insolvency Unit, P.O. Box 12051, Philadelphia, PA 19105-2051 |
| 14689567 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 13 2022 01:02:00 | JEFFERSON CAPITAL SYSTEMS, LLC, POB 23051, COLUMBUS GA 31902-3051 |
| 14689577 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 13 2022 01:12:50 | PROVIDIAN, 4900 JOHNSON DR, PLEASANTON CA 94588 |
| 14689568 | ^ | MEBN | Oct 13 2022 00:58:48 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14689571 | + | Email/Text: bknotices@totalcardinc.com | Oct 13 2022 01:02:00 | Mid America Bk/total C, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14689572 | + | Email/Text: bankruptcy@sccompanies.com | Oct 13 2022 01:02:00 | Monroe And Main, 1112 Seventh Ave., Monroe, WI 53566-1364 |
| 14690865 | ^ | MEBN | Oct 13 2022 00:58:48 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14701342 | + | Email/Text: blegal@phfa.org | Oct 13 2022 01:02:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14689575 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2022 01:12:50 | Portfolio Recovery, PO box 41067, Norfolk, VA 23541 |
| 14689574 | + | Email/Text: blegal@phfa.org | Oct 13 2022 01:02:00 | Pa Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14689141 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 01:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14689576 | + | Email/Text: csidl@sbcglobal.net | Oct 13 2022 01:02:00 | Premier Bankcard, P.O. Box 2208, Vacaville, CA 95696-8208 |
| 14689579 | | Email/Text: home.cu-collections.272o24@statefarm.com | Oct 13 2022 01:02:00 | State Farm FCU, Attn: Bankruptcy, PO Box 853944, Richardson, TX 75085 |
| 14689578 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 01:12:44 | Sherman Acquisitions, PO Box 10584, Greenville, SC 29603-0584 |
| 14692710 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 13 2022 01:12:38 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14689580 | | Email/Text: DASPUBREC@transunion.com | Oct 13 2022 01:02:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14709753 | | Email/Text: EDBKNotices@ecmc.org | Oct 13 2022 01:02:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 14689581 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 13 2022 01:02:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14689582 | | Email/Text: eforbes@ph13trustee.com | Oct 13 2022 01:02:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 40119, Philadelphia, PA 19106-0119 |
| 14689559 | | Email/PDF: bncnotices@becket-lee.com | Oct 13 2022 01:12:50 | eCAST Settlement Corporation, POB 35480, Newark NJ 07193-5480 |

TOTAL: 32

Note: first row above (17106-0610) is a continuation of a recipient address from page 1.

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 155 | Total Noticed: 41 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14689560 | ##+ | Equifax, P.O. Box 144717, Orlando, FL 32814-4717 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Wanda Henry mail@cibiklaw.com |
| MICHAEL I. ASSAD | on behalf of Debtor Wanda Henry mail@cibiklaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Wanda Henry
        Debtor(s)

Chapter: 13

Bankruptcy No: 22−11141−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 12th of October 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Eric L. Frank
                                            Judge ,
                                            United States Bankruptcy Court

                                                                        46 − 15
                                                                       Form 155