United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                    Case No. 22-11141-mdc
Wanda Henry                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                    Page 1 of 3
Date Rcvd: Apr 21, 2023                            Form ID: pdf900                            Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wanda Henry, 5959 Upland Way, Philadelphia, PA 19131-2233 |
| 14705022 | + | Amira L. Vicari Hills, Westervelt, Johnson, Nicoll & Keller, LL, 411 Hamilton Blvd., Suite 1400, Peoria, IL 61602-1114 |
| 14689551 | + | Ascension Capital Group, PO Box 200277, Arlington TX 76006-0277 |
| 14689562 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14689563 | | First Union National Bank, Trustee for PA Housing Finance Agency, c/o PHFA (Bankruptcy Dept), PO Box 15057, Harrisburg PA 17105-5057 |
| 14689564 | + | Goldbeck, McCafferty and McKeever, Mellon Center-Suite 500, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14689569 | + | Leon Haller, Esquire, 1719 N. Front Street, Harrisburg, PA 17102-2305 |
| 14689570 | + | Mabt Totvisa, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14689573 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14705023 | + | State Farm Federal Credit Union, c/o Westervelt, Johnson, Nicoll & Keller, 411 Hamilton Blvd., Suite 1400, Peoria, IL 61602-1187 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 21 2023 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: bankruptcy@cavps.com | Apr 21 2023 23:36:00 | Cavalry SPV l, LLC, PO BOX 4252, Greenwich, CT 06831-0405 |
| 14689552 | + | Email/Text: bankruptcy@sccompanies.com | Apr 21 2023 23:36:00 | Ashro, 1112 7Th Ave, Monroe, WI 53566-1364 |
| 14689553 | | Email/Text: RA-BCSEBKN@state.pa.us | Apr 21 2023 23:36:00 | Bureau Of Child Support Enforcement, P. O. box 8018, Harrisburg, PA 17105-8018 |
| 14689557 | | Email/Text: megan.harper@phila.gov | Apr 21 2023 23:36:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 14689556 | | Email/Text: megan.harper@phila.gov | Apr 21 2023 23:36:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14729936 | | Email/Text: megan.harper@phila.gov | Apr 21 2023 23:36:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14689601 | | Email/Text: megan.harper@phila.gov | Apr 21 2023 23:36:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14689554 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2023 23:42:07 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14688599 | + | Email/Text: bankruptcy@cavps.com | Apr 21 2023 23:36:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

Case 22-11141-mdc   Doc 58   Filed 04/23/23   Entered 04/24/23 00:31:13   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2023 | Form ID: pdf900 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 14689555 | | Email/Text: ecf@ccpclaw.com | Apr 21 2023 23:36:00 | Cibik and Cataldo, P.C., 225 S. 15th Street, Suite 1635, Philadelphia, PA 19102, ccpc@ccpclaw.com |
| 14689558 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 21 2023 23:41:55 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14689561 | ^ | MEBN | Apr 21 2023 23:35:50 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14689565 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 21 2023 23:36:00 | I.R.S., Special Procedures Branch, Insolvency Unit, P.O. Box 12051, Philadelphia, PA 19105-2051 |
| 14689566 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 21 2023 23:36:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14689567 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 21 2023 23:36:00 | JEFFERSON CAPITAL SYSTEMS, LLC, POB 23051, COLUMBUS GA 31902-3051 |
| 14689577 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2023 23:41:54 | PROVIDIAN, 4900 JOHNSON DR, PLEASANTON CA 94588 |
| 14689568 | ^ | MEBN | Apr 21 2023 23:36:11 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14689571 | + | Email/Text: bknotices@totalcardinc.com | Apr 21 2023 23:36:00 | Mid America Bk/total C, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14689572 | + | Email/Text: bankruptcy@sccompanies.com | Apr 21 2023 23:36:00 | Monroe And Main, 1112 Seventh Ave., Monroe, WI 53566-1364 |
| 14690865 | ^ | MEBN | Apr 21 2023 23:36:12 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14701342 | + | Email/Text: blegal@phfa.org | Apr 21 2023 23:36:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14689575 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2023 23:42:02 | Portfolio Recovery, PO box 41067, Norfolk, VA 23541 |
| 14689574 | + | Email/Text: blegal@phfa.org | Apr 21 2023 23:36:00 | Pa Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14689141 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 21 2023 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14689576 | + | Email/Text: csidl@sbcglobal.net | Apr 21 2023 23:36:00 | Premier Bankcard, P.O. Box 2208, Vacaville, CA 95696-8208 |
| 14689579 | | Email/Text: home.cu-collections.272o24@statefarm.com | Apr 21 2023 23:36:00 | State Farm FCU, Attn: Bankruptcy, PO Box 853944, Richardson, TX 75085 |
| 14689578 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2023 23:41:55 | Sherman Acquisitions, PO Box 10584, Greenville, SC 29603-0584 |
| 14692710 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 21 2023 23:42:03 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14689580 | | Email/Text: DASPUBREC@transunion.com | Apr 21 2023 23:36:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14709753 | | Email/Text: EDBKNotices@ecmc.org | Apr 21 2023 23:36:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 14689581 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 21 2023 23:36:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14689582 | | Email/Text: eforbes@ph13trustee.com | Apr 21 2023 23:36:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 40119, Philadelphia, PA 19106-0119 |
| 14689559 | | Email/PDF: bncnotices@becket-lee.com | | |

Apr 21 2023 23:53:48 eCAST Settlement Corporation, POB 35480, Newark NJ 07193-5480

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14689560 | ##+ | Equifax, P.O. Box 144717, Orlando, FL 32814-4717 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023      Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Wanda Henry mail@cibiklaw.com cibiklawpc@jubileebk.net |
| MICHAEL I. ASSAD | on behalf of Debtor Wanda Henry mail@cibiklaw.com cibiklawpc@jubileebk.net |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
WANDA HENRY

       Debtor     Bankruptcy No. 22-11141-mdc

## ORDER

**AND NOW**, this \_\_\_20th\_\_\_ day of \_\_\_April\_\_\_ 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
Michael I. Assad
Cibik Law, P.C.
1500 Walnut St, Ste 900
Philadelphia, PA 19102-

Debtor:
WANDA HENRY

5959 UPLAND WAY

PHILADELPHIA, PA 19131